UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

JORGE HUMBERTO CASTILLO
MALDONADO, and all others
similarly situated under 29 U.S.C. §216(b)

    Plaintiffs,

v.

AVANTI PALLET, LLC and
JOSEPH ESPOSITO,

    Defendants,
_____/

## NOTICE OF REMOVAL

  Defendants, Avanti Pallet LLC ("Avanti Pallet") and Joseph Esposito ("Dr. Esposito"), by and through undersigned counsel, hereby remove Case No. 2020-020200-CA-01 from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. § 1331, 1367, 1441 and 1446, and as grounds for its removal states as follows:

## STATEMENT OF THE CASE

  1.  On or about September 21, 2020, Plaintiff Jorge Humberto Castillo

1

Maldonado ("Mr. Castillo Maldonado") filed a Complaint for Damages and Demand for Jury Trial (the "Complaint") in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Jorge Humberto Castillo Maldonado v. Avanti Pallet LLC and Joseph Esposito,* Case No. 2020-020200-CA-01(the "State Court Action"). The Complaint asserted two causes of action: (1) Violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. §207(a)(1)("FLSA overtime violations") and (2) Violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. §206(a)(1) ("FLSA minium wage violations").

2. On October 22, 2020, Mr. Castillo Maldonado filed a First Amended Complaint for Damages and Demand for Jury Trial (the "First Amended Complaint") alleging three causes of action: (1) Violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. §207(a)(1)("FLSA overtime violations"), (2) Violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. §206(a)(1)("FLSA minimum wage violations") and (3) Violations of the Florida minimum wage provisions, Fla. Stat. 448.110(3)("Florida minimum wage violations").

3. The Defendants were served with copies of the First Amended Complaint on October 23, 2020.

## BASIS FOR FEDERAL JURISDICTION

4. The federal statute that governs removal of the First Amended Complaint is 28 U.S.C. §1441(a), which provides in pertinent part that:

(a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. Also of import is 28 U.S.C. §1331, which provides that "[t]he district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. The federal FLSA claims brought by Mr. Castillo Maldonado against the Defendants in Counts 1 and 2 of the Amended Complaint is a pending state court cause of action over which this Court would have original jurisdiction, pursuant to 28 U.S.C. §1331, and thus may be removed to this Court under 28 U.S.C. §1441(a).

7. In addition, the Florida minimum wage Act violations brought in Count 3 of the Amended Complaint asserted by Mr. Castillo Maldonado against the Defendants arise out of the same case and controversy as the federal FLSA claims, because they arise out of the same employment relationship. Thus, Count 3 of the First Amended Complaint falls within this Court's supplemental jurisdiction, pursuant

to 28 U.S.C. §1367(a).

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

8. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all the process, pleadings, orders and documents from the State Court Action are attached hereto as **Composite Exhibit "A".**

9. This Notice of Removal has been filed within thirty (30) days of the date that the Defendants were served with the First Amended Complaint. Removal is therefore timely in accordance with 28 U.S.C. §1446(b).

10. Venue is proper in the Court pursuant to 28 U.S.C. §1441(a) and 1446(b) because the U.S. District Court for the Southern District of Florida is the federal judicial district embracing the Circuit Court for Miami-Dade County, Florida, where the State Court Action was originally filed.

11. By this Notice of Removal, the Defendants do not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action. The Defendants intend no admission of facts, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants, Avanti Pallet LLC and Joseph Esposito, respectfully request that the above-styled action be removed from the Circuit Court

in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

Dated this 12th day of November, 2020.

>Respectfully Submitted,
>
>*/s/ Anthony V. Falzon*
>Anthony V. Falzon, Esquire
>Florida Bar No. 69167
>Primary Email: tony@anthonyfalzon-law.com
>Secondary Email: assistant@anthonyfalzon-law.com
>ANTHONY V. FALZON P.A.
>12000 Biscayne Boulevard
>Suite 100
>Miami, FL 33181
>Telephone: (786) 703 4181
>Facsimilie: (786) 703 2961
>*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic delivery to zabagado@aol.com this 12th day of November, 2020.

>*/s/ Anthony V. Falzon*
>Anthony V. Falzon, Esquire