UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO.: 20-24650-CIV- OTAZO-REYES

JORGE HUMBERTO CASTILLO
MALDONADO,

    Plaintiff,

v

AVANTI PALLET, LLC., and
JOSEPH ESPOSITO,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Confidential Settlement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, having reviewed the Parties' Settlement Agreement in *camera,* and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The court finds that the terms of settlement on Plaintiff's FLSA ,and FMWA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of the Confidential Settlement and dismisses the above captioned action, in its entirety, as to all parties, with prejudice, the parties to bear their own costs, fees, and expenses, except as set forth in the Confidential Settlement Agreement with respect to the payment of attorneys' fees and costs. The court retains Jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this 12th day of July, 2021.

_____
U. S. MAGISTRATE JUDGE